UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )  | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-10359-AK |
| | ) | |
| JOSHUA WESTBROOK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON EXCLUDABLE TIME**

**A. KELLEY, D.J.**

      A Rule 11 hearing was scheduled in this matter for February 3, 2023. See Fed. R. Cim. P. 11. A status conference was scheduled for January 30, 2023. [Dkt. 73]. On January 27, 2023, the Government filed an assented-to motion to continue the Rule 11 hearing and cancel the status conference. [Dkt. 76 at 1]. The Court granted that motion and rescheduled the Rule 11 hearing to March 9, 2023. [Dkt. 77]. The Government also moved for an order of excludable delay with the Defendant's consent. [Dkt. 76 at 1]. In that motion, the Defendant consents to exclude the time for the period from February 3, 2023, the date the Court's previous order on excludable delay expires, through March 9, 2023, the new date for the Rule 11 hearing. [Dkt. 76 at 1].

      With the consent of the Defendant, this Court finds and concludes, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Section 5(b)(7)(B) of the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts (effective December 2008), that the parties require time to review the evidence and discuss the possible resolution of this matter, including finalizing the terms of any agreement, such that the interests of justice outweigh the best interests of the public and the Defendant for a trial within seventy days of the return of an

indictment.  See 18 U.S.C. § 3161(h)(7)(A) (allowing that "periods of delay shall be excluded . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").  The Court further finds that not granting this continuance would deny counsel for both the Defendant and the Government the "reasonable time necessary for effective preparation, taking into account the exercise of due diligence."  18 U.S.C. § 3161(h)(7)(B)(iv).

The Clerk of Court is ordered to enter excludable time for the period of February 3, 2023, through March 9, 2023, that being the period between the expiration of the last order of excludable time and the new date of the Rule 11 hearing before this Court.  Based on the orders of December 17, 2021, February 1, 2022, March 15, 2022, May 11, 2022, June 7, 2022, July 18, 2022, August 9, 2022, September 20, 2022, October 25, 2022, November 29, 2022, January 18, 2023, and this Order, as of the Rule 11 hearing on March 9, 2023, there will be 0 days of non-excludable time and 70 days remaining under the Speedy Trial Act in which this case must be tried.

**SO ORDERED.**

Dated: January 30, 2023

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge