# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| JOSHUA WESTBROOK, |
| Defendant |

No. 21-cr-10359-AK

## ORDER OF EXCLUDABLE DELAY

Upon consideration of the government's assented-to motion seeking an order of excludable delay, the Court finds:

1. On January 27, 2023, the Court set the Rule 11 hearing for March 9, 2023. On March 8, 2023, the defendant filed a motion to continue the Rule 11 hearing so that he could have additional time to discuss the anticipated change of plea with counsel. The Court held a status conference on March 9, 2023, during which it allowed the defendant's motion and reset the Rule 11 hearing for March 20, 2023.

2. Exclusion of time from March 9, 2023, through and including the March 20, 2023, date of the Rule 11 hearing allows the defendant adequate time to evaluate whether or not to change his plea. The ends of justice served by excluding this time period outweigh the public and defendants' interest in a speedy trial.

Accordingly, the Court grants the government's assented-to motion and ORDERS that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period from March 9, 2023, through and including March 20, 2023, is excluded from the speedy trial clock.

Dated: 3/10/2023

/s/ Angel Kelley
Honorable Angel Kelley
United States District Judge