**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **1:21-CR-10359 AK** |
| | ) | |
| **JOSHUA WESTBROOK** | ) | |
| | ) | |

<u>**MOTION TO CONTINUE RULE 11 HEARING**</u>

NOW COMES the Defendant, JOSHUA WESTBROOK, in connection with the above-captioned matter and respectfully requests that the Rule 11 hearing scheduled for 20, 2023 be continued to a date in within the next four weeks or as the Court so Orders.

As grounds, defense counsel was unable to properly prepare for the hearing and review the next steps with Defendant as his wife went into labor early and delivered their baby boy. Accordingly, defense counsel has not been able to finalize the necessary steps for the anticipated Rule 11. Defense needs additional time to handle the family matter to help his wife and then sufficient time to meet with the Defendant. The Defendant suggests and agrees that the time between this date and the next date for Rule 11, if the Court grants this motion, should be excluded. For the expected date within the next four weeks, the defense renews its request to permit the parties, including but not limited to the Defendant and defense counsel, to participate at this Rule 11 hearing remotely via zoom video conference. The

Defendant will be prepared to waive his right to physical presence on the record.

WHEREFORE, the Defendant respectfully request that this case be continued from 3/20/23 to a new date that suits the Government and the Court and suggests 4/3, 4/5, 4/6, 4/7/2023, or the next available date and further suggests that the time be excluded.

Respectfully submitted,
JOSHUA WESTBROOK,
By his attorney,

*/s/ CLMALCOLM*
_____
Christopher L. Malcolm
BBO No.: 684440
266 Willowgate Rise
Holliston, MA 01746
617-645-0089
Date:  March 20, 2023        clmalcolm@gmail.com


## CERTIFICATE OF SERVICE

I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by email and electronic notice on the US Attorney's Office.

*/s/ CLMALCOLM*
Date:   3/20/23        _____
Christopher L. Malcolm