UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>                    Defendant | No.   21-cr-10359-AK |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through the undersigned Assistant United States Attorney, hereby respectfully submits this sentencing memorandum in connection with the sentencing of defendant, Joshua Westbrook (hereinafter, the "defendant"). On April 5, 2023, the defendant pled guilty to a one-count Indictment, charging him with distribution and possession with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii). There is no plea agreement in this case.

As set forth herein, and for the reasons to be stated at the sentencing hearing, the government recommends that the Court sentence the defendant to 151 months in prison, which is the low end of the guidelines as calculated by the United States Probation Office ("Probation").

### Application of the Sentencing Guidelines

The final Pre-Sentence Report ("PSR"), prepared by Probation, determined that the defendant's total offense level is 33. PSR ¶¶ 27-37. With a criminal history score of three, Probation determined that the defendant falls into criminal history category ("CHC") II. PSR ¶¶ 40-43. As a result, Probation concluded that defendant's sentencing range is 151-188 months. PSR ¶ 91. The government agrees with these calculations.

**Sentencing Factors Under Section 3553(a)**

A. **Characteristics of the Defendant**

The defendant is a 26 year old man, who has clearly struggled with substance abuse from a very young age. PSR ¶ 76-82. He has never held steady employment and has been unsuccessfully discharged from all of the multiple treatment programs he has participated in. PSR ¶ 81. The PSR summarizes the defendant's tumultuous childhood. PSR ¶¶ 52-64. Growing up in such an unstable home environment likely contributed to his criminal proclivities. While not an excuse, that background – which is set forth in detail in the PSR – may somewhat explain what drove the defendant to a life of crime. The defendant's challenging personal background, contributes to the government's recommendation for a low-end guideline sentence.

B. **Nature of the offense**

The details of the offense are set forth in the PSR and therefore are not restated herein. PSR ¶¶ 8-22. The defendant was a methamphetamine dealer who sold large quantities of methamphetamine to others. PSR ¶ 8. In November 2021, the defendant sold over 360 grams of pure methamphetamine to a cooperating witness. PSR ¶¶ 10-17. Later that month, investigators seized a package that was destined for the defendant, sent by his methamphetamine supplier, which contained over 440 grams of pure methamphetamine. PSR ¶¶ 18-21. Upon his arrest in this case, investigators seized another 50 grams of pure methamphetamine, as well as a billy club. PSR ¶ 22. As noted in the PSR, during the November controlled purchase the defendant was observed carrying multiple knives, including a machete style knife. PSR ¶ 16. Over the course of just six weeks, at least 833 grams of pure methamphetamine are attributable to the defendant. PSR ¶ 27.

Methamphetamine is a deadly and highly addictive drug that is an increasingly serious

problem throughout the United States and in the District of Massachusetts.[1] Abuse of this potent stimulant is plaguing many parts of the country, and the government has seen a significant rise in the amount of methamphetamine in the District of Massachusetts over the course of the last two years.

Recent national reports have confirmed that methamphetamine abuse is increasing dramatically. The National Institute on Drug Abuse found that among people aged 12 or older in 2021, 0.9% (or about 2.5 million people) reported using methamphetamine within the prior 12 months.[2] And that reflects only those who *reported* use. Moreover, methamphetamine is one of the most commonly misused stimulant drugs in the world.[3] "The consequences of methamphetamine misuse are terrible for the individual—psychologically, medically, and socially. Using the drug can cause memory loss, aggression, psychotic behavior, damage to the cardiovascular system, malnutrition, and severe dental problems."[4] In addition to these horrific effects on individual health, "methamphetamine misuse threatens whole communities, causing new waves of crime, unemployment, child neglect or abuse, and other social ills."[5]

Among people aged 12 and older in 2020, an estimated 0.6% (or about 1.5 million people)

---

[1] Martha Bebinger, *"Meth Use Is Rising In Boston, Intensifying The Opioid Crisis."*

[2] *See* National Institute on Drug Abuse, *Methamphetamine Research Report*, appearing at https://nida.nih.gov/download/37620/methamphetamine-research-report.pdf?v=59d70e192be11090787a4dab7e8cd390 (last viewed July 12, 2023).

[3] *Id.*

[4] *Id.*

[5] *Id.*

had a methamphetamine use disorder in the prior 12 months.[6] In 2022, there were 33,355 methamphetamine-related deaths nationwide.[7] Indeed, this crisis has worsened each year since 2015.[8]

As methamphetamine production has shifted from makeshift, local labs to sophisticated Mexican laboratories, methamphetamine production and purity have increased exponentially.[9] Purity of methamphetamine has risen to nearly 100 percent. Indeed, all of the methamphetamine seized in this case was over 90% pure. As the New York Times has reported, this combination of increased production and increased purity has been particularly lethal: "There is more meth on the streets today, more people are using it, and more of them are dying."[10]

In recent years, methamphetamine has become much more prevalent in the Northeast.[11] Most of the methamphetamine supply is produced in Mexico and transported to the United

---

[6] *Id.*

[7] National Center for Health Statistics, *VSRR Provisional Drug Overdose Death Counts*, appearing at https://data.cdc.gov/d/xkb8-kh2a (last viewed June 2, 2023).

[8] *Id.*

[9] Frances Robles, "*Meth, the Forgotten Killer, is Back. And It's Everywhere*", The New York Times, February 13, 2018, appearing at https://www.nytimes.com/2018/02/13/us/meth-crystal-drug.html (hereinafter, "Frances Robles, *Meth, the Forgotten Killer, is Back. And It's Everywhere"*) (last viewed July 13, 2023).

[10] Frances Robles, *Meth, the Forgotten Killer, is Back. And It's Everywhere.*

[11] U.S. Department of Justice Drug Enforcement Administration, *2020 National Drug Threat Assessment*, available at https://www.dea.gov/documents/2021/03/02/2020-national-drug-threat-assessment#:~:text=The%202020%20National%20Drug%20Threat%20Assessment%20%28NDTA%29%20is,laundering%20of%20proceeds%20generated%20through%20illicit%20drug%20sales., at 23 (last visited July 12, 2023) (hereinafter, "DEA 2020 Assessment"); Streck, Joanna M et al., *Injection of Methamphetamine Has Increased in Boston, Massachusetts: 5 Waves of Centers for Disease Control and Prevention State Surveillance Data*, 17.3 J. OF ADDICTION MEDICINE 349–352 (2023) (last viewed July 12, 2023).

States.[12]  That is because methamphetamine produced in Mexico presents a lower cost, higher purity, and higher potency alternative.[13]  Purer, cheaper methamphetamine leads to more deaths. The number of methamphetamine overdoses in Massachusetts alone increased threefold from 2018 to 2022 (growing from 70 deaths to 210).[14]  In fact, "[t]he rate of all drug-related E[mergency] D[epartment] visits was highe[r] among patients residing in the Northeast[ern United States] (2,531 per 100,000 [residents])" than any other region in the nation. [15]

Even when not lethal, the physical and emotional effects of methamphetamine abuse are dramatic.  Methamphetamine has a horrific impact on its users and on the community. Methamphetamine is a tremendously addictive drug, which can cause dramatic physical and emotional changes on those who use it, including increases in aggressive and violent behavior.[16] The physical effects on users are well-documented.  The emotional changes are equally devastating:

> Chronic abusers may exhibit symptoms that can include significant anxiety, confusion, insomnia, mood disturbances, and violent behavior.  They also may display a number of psychotic features, including paranoia, visual and auditory hallucinations, and

---

[12] *Id.,* at 25.

[13] *Id.*, at 31.

[14] National Center for Health Statistics, *VSRR Provisional Drug Overdose Death Counts*, appearing at https://data.cdc.gov/d/xkb8-kh2a (last viewed June 2, 2023).

[15] Substance Abuse and Mental Health Services Administration, PEP22-07-03-002, *Findings from Drug-Related Emergency Department Visits, 2021*, https://store.samhsa.gov/sites/default/files/pep22-07-03-002.pdf, (2022), at 9 (last viewed July 12, 2023).

[16] Mark A. R. Kleiman, Jonathan P. Caulkins, and Angela Hawken, *Drugs and Drug Policy: What Everyone Needs to Know* 120 (Oxford University Press 2011) ("There is . . . a much stronger association between violence and regular methamphetamine use.  Heavy use of methamphetamine increases the likelihood of attack behaviors and aggression, with the most compelling evidence coming from laboratory studies involving mice.").

> delusions (for example, the sensation of insects creeping under the skin). Psychotic symptoms can sometimes last for months or years after a person has quit abusing methamphetamine, and stress has been shown to precipitate spontaneous recurrence of methamphetamine psychosis in formerly psychotic methamphetamine abusers.[17]

And, unlike opioid addiction, there are no approved drugs available for treatment of methamphetamine addiction.[18] Addicted users who choose to stop using methamphetamine may face withdrawal symptoms including severe depression, psychosis, and intense drug cravings.[19] Even methamphetamine addicts who manage to overcome their addiction "will be at risk for relapse for years and possibly for their whole lives."[20]

The defendant faces a statutory mandatory minimum sentence of 120 months, based on the amount and type of drug attributable to him. The government submits that sentencing the defendant to the minimum required by law would not adequately reflect the nature and circumstances of the offense, as it would not account for the dangerous weapons possessed by the defendant. That aggravating fact alone warrants a sentence above the mandatory minimum, and the government submits that the low-end of the guidelines (151 months) is the minimum sentence

---

[17] National Institute on Drug Abuse, *What are the long-term effects of methamphetamine abuse,* April 7, 2017, appearing at https://www.drugabuse.gov/publications/research-reports/methamphetamine/what-are-long-term-effects-methamphetamine-abuse (last viewed July 12, 2023).

[18] Carmen Heredia Rodriguez, *"Meth's Resurgence Spotlights Lack of Meds To Combat the Addiction,"* Kaiser Health News, January 14, 2019, appearing at https://khn.org/news/meths-resurgence-spotlights-lack-of-meds-to-combat-the-addiction/ (last viewed July 13, 2023).

[19] National Institute on Drug Abuse, *Methamphetamine DrugFacts*, May 16, 2019, appearing at https://nida.nih.gov/publications/drugfacts/methamphetamine (last viewed July 12, 2023).

[20] National Institute on Drug Abuse, *Understanding Drug Use and Addiction DrugFacts*, June 6, 2018, appearing at https://nida.nih.gov/publications/drugfacts/understanding-drug-use-addiction (last viewed July 13, 2023).

sufficient to adequately reflect the seriousness of the defendant's conduct.

    **C.**    **Need to Promote Respect for the Rule of Law, Provide Just Punishment for the Offense, and Afford Adequate Deterrence**

As the discussion above makes clear, there is a compelling need to deter individuals who may be inclined to participate in drug trafficking — particularly substances as dangerous as methamphetamine — for profit. The defendant may have been a drug user, but he was also selling large quantities of methamphetamine to other drug dealers as a profit-making endeavor. The amounts in which he trafficked went well beyond an amount that could be argued was means to feed his addiction. The results of such conduct – particularly when a dangerous and highly-addictive drug like methamphetamine is involved – can be catastrophic. A significant term of imprisonment is necessary to send a strong warning to others who might otherwise consider involvement with this type of drug.

Considerations of promoting respect for the law, just punishment for the offense, and specific deterrence of this defendant all militate in favor of the imposition of a significant sentence. The sentence recommended by the government would send the message that such continued criminal behavior will be met with serious consequences. A significant sentence of incarceration, and one above the statutory mandatory minimum, will hopefully be sufficient to deter the defendant from resuming a life of drug distribution.

## Conclusion

Consistent with the factors set forth in § 3553(a), and the sentencing guidelines, the Government respectfully recommends that the Court sentence the defendant to a term of imprisonment of 151 months, to be followed by 60 months of supervised release, as well as a $100 mandatory special assessment. That sentence is sufficient by not greater than necessary to

accomplish the goals of sentencing.

Dated: July 26, 2023

Respectfully submitted,

JOSHUA S. LEVY
Actin United States Attorney

By: */s/ Alathea Porter*
Alathea E. Porter
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that on July 26, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney