```
                  UNITED STATES DISTRICT COURT
                  DISTRICT COURT OF MASSACHUSETTS
```

|                          |   |                   |
|--------------------------|---|-------------------|
| **UNITED STATES**        | ) |                   |
|                          | ) |                   |
| **v.**                   | ) | 1:21-CR-10359-AK  |
|                          | ) |                   |
| **JOSHUA WESTBROOK**     | ) |                   |

## ASENTED-TO MOTION TO CONTINUE SENTENCE HEARING

NOW COMES the Defendant, JOSHUA WESTBROOK, in connection with the above-captioned matter and respectfully requests that this Honorable Court continue the sentencing hearing on 8/2/23 at least 30 days to give the defense more time to prepare for hearing. The Defendant received the presentence report recently but was unable to provide a sentence memo, and counsel for defendant is on trial today and will be on trial tomorrow. A 2019 firearm case in Somerville Commonwealth v. Frank Blue was held over to today, and once this trial ends counsel is held day to day in Lawrence Court for trial. The Government assents to this request. The Defendant is aware of this request and assents to the request. Mr. Westbrook seeks approximately 60 days, and the Government assents to a short continuance.

WHEREFORE, the Defendant requests that this motion be ALLOWED.

> The Defendant,
> JOSHUA WESTRBOOK,
> By his attorney,
>
> */s/ CLMALCOLM*
>
> _____
> Christopher L. Malcolm
> BBO No.: 684440
> 266 Willowgate Rise
> Holliston, MA 01746
> 617-645-0089
> clmalcolm@gmail.com

Date: August 1, 2023

1

## **CERTIFICATE OF SERVICE**

    I, Christopher L. Malcolm, Attorney for Defendant, hereby certify that on this date I served a copy of this motion to continue by electronic notice on the US Attorney's Office.

                                                                 */s/ CLMALCOLM*

Date:   8/1/23                                      _____

                                                                Christopher L. Malcolm