UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>Defendant | No.   21-cr-10359-AK |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE
SENTENCING HEARING (Docket No. 99)**

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, hereby files this response to Defendant's Motion to Continue Sentencing Hearing (hereinafter, the "Motion"). The Motion requests a 60 day continuance, and states that the government assents to that request. *See* Dkt. No. 99. The government objects to such a lengthy continuance, and only assented to a brief continuance.

On April 5, 2023, the Defendant pled guilty to the Indictment. On that same date, during the change of plea hearing, the Court set the sentencing hearing for August 2, 2023. Counsel for the Defendant did not object to the date set for the sentencing hearing. On June 21, 2023, the United States Probation Office (hereinafter, "Probation") provided the parties with the first draft of the pre-sentence report (hereinafter, "PSR"). Counsel for the Defendant did not file any objections to the PSR. On July 19, 2023, Probation provided the parties and the Court with the final PSR. On July 26, 2023, the government filed its sentencing memorandum. *See* Dkt. No. 98. The following day, on July 27, 2023, counsel for the Defendant asked the government if it would assent to a motion to continue the sentencing, indicating that counsel would be on trial. The government responded the following day stating that it would oppose a significant continuance, noted that it would assent to a short continuance to accommodate counsel's trial schedule, and

asked defense counsel to provide available dates. Defense counsel did not respond to that request, but instead filed the Motion, which asks for a 60 day continuance and states that the government assented to a continuance.

As the government relayed to defense counsel, the government assents to a short continuance to accommodate counsel's trial schedule. Given the age of the case, the fact that it does not involve complex facts or issues of law, that defense counsel has had ample advance notice of the schedule, and ample time to review the PSR, the government states that a 60 day continuance is unwarranted and that the requested lengthy continuance should be denied.

Dated: August 1, 2023

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By:  */s/ Alathea Porter*
Alathea E. Porter
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2023, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Alathea E. Porter*
Alathea E. Porter
Assistant U.S. Attorney