UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSHUA WESTBROOK,<br><br>　　　　　　　Defendant | No.   21-cr-10359-AK |

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING (Docket No. 111)**

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, hereby files this Opposition to Defendant's Motion to Continue Sentencing Hearing (hereinafter, the "Motion"), which requests a 60-90 day or longer continuance. *See* Dkt. No. 111. For the reasons set forth below, the Court should deny the Motion.

1. On December 16, 2021, the Defendant was arrested in connection with the indictment in this case, and he appeared for his initial appearance the following day. *See* Dkt. No. 9. The Defendant has been detained since his arrest. *See* Dkt. No. 10.

2. On April 5, 2023, the Defendant pled guilty to the Indictment. On that same date, during the change of plea hearing, the Court set the sentencing hearing for August 2, 2023. Counsel for the Defendant did not object to the date set for the sentencing hearing.

3. On June 21, 2023, the United States Probation Office (hereinafter, "Probation") provided the parties with the first draft of the pre-sentence report (hereinafter, "PSR"). Counsel for the Defendant did not file any objections to the PSR. On July 19, 2023, Probation provided the parties and the Court with the final PSR.

4. On July 26, 2023, the government filed its sentencing memorandum. *See* Dkt. No.

98.

5. On August 1, 2023, the day before the date originally set for the sentencing hearing, counsel for the Defendant filed a motion to continue the sentencing hearing. *See* Dkt. No. 99. The Court reset the sentencing hearing for September 11, 2023. *See* Dkt. No. 101.

6. On September 11, 2023, at the request of counsel for the Defendant, the Court the reset the sentencing hearing due to a conflict in counsel for the Defendant's schedule. *See* Dkt. No. 104.

7. On September 15, 2023, the Court reset the sentencing hearing for September 28, 2023. *See* Dkt. No. 105. Counsel for the Defendant acknowledged via electronic mail to the Court and the government that he was available on that date.

8. On September 28, 2023, the government appeared for the scheduled sentencing hearing, but counsel for the Defendant did not appear. *See* Dkt. No. 106. Following counsel's failure to appear, the Court reset the sentencing hearing for December 21, 2023. *See* Dkt. No. 108.

9. On November 3, 2023, the Court reset the sentencing hearing for January 3, 2024. *See* Dkt. No. 109.

10. On January 2, 2024, two months after the Court set the January date, and the day before the hearing was scheduled to take place, counsel for the Defendant filed the instant Motion to continue the sentencing hearing for 60-90 days or more. *See* Motion. In support of the Motion, counsel for the Defendant informed the government and the Court that he is currently on trial in Massachusetts state court, which he expects to last through January 5, 2024. Counsel for the Defendant did

not confer with the government prior to filing the Motion.

Given the age of the case, the fact that it does not involve complex facts or issues of law, that defense counsel has had ample advance notice of the schedule, which has been reset multiple times to accommodate his schedule, the government states that a further continuance is unwarranted and that the requested lengthy continuance should be denied.

Dated:  January 2, 2024                         Respectfully submitted,

                                                       JOSHUA S. LEVY
                                                      Acting United States Attorney

                                      By:  */s/ Alathea Porter*
                                               Alathea E. Porter
                                               Assistant U.S. Attorney


## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                     */s/ Alathea E. Porter*
                                                     Alathea E. Porter
                                                     Assistant U.S. Attorney